STATE of Maine

v.

Ricky NAULT.

Supreme Judicial Court of Maine.

Submitted on Briefs May 6, 1988.

Decided May 26, 1988.

Janet T. Mills, Dist. Atty., Craig Turner, Asst. Dist. Atty., Auburn, for plaintiff.

Anthony K. Ferguson, Fales & Fales, Lewiston, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Ricky Nault appeals from a judgment of the Superior Court, Androscoggin County, entered on a jury verdict finding him guilty of armed robbery. 17–A M.R.S.A. § 651(1)(E) (1983). Contrary to his contentions, our review of the record discloses the totality of the circumstances justified the investigatory stop and the search of Nault's car was incident to a lawful arrest, *State v. LaPlante,* 534 A.2d 959, 962–63 (Me.1987); the trial court properly instructed the jury as to the presumption of guilt that may arise on proof of exclusive possession of recently stolen property, 17–A M.R.S.A. § 361(2) (1983), M.R.Evid. 303(b), *LaPlante,* 534 A.2d at 964, and properly denied an instruction on receiving stolen goods as a lesser included offense, *id.* at 965–66; and the jury rationally could find beyond a reasonable doubt every element of the offense charged. *Id.* at 963–64; *State v. Barry,* 495 A.2d 825, 826 (Me. 1985).

The entry is:

Judgment affirmed.